# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GERALD W.,

    *Plaintiff*

v.

KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,

    *Defendant*

Civil Action No. 1:21-cv-03022-JPH

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2022

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Parties' Stipulated Motion for Remand (ECF No. 21) is GRANTED.
Matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Plaintiff's Motion for Summary Judgment (ECF No. 16) is STRICKEN AS MOOT.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JAMES P. HUTTON on a stipulated motion for remand (ECF No. 21).

Date: 01/25/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
    *(By) Deputy Clerk*

Allison Yates